# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2011

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial)  PARKER, JAMES A. | 2. Court or Organization  U.S. DISTRICT COURT | 3. Date of Report  05/08/2012 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)  U.S.DIST.JUDGE(SENIOR) | 5a. Report Type (check appropriate type)  ☐ Nomination  Date  ☐ Initial  ☑ Annual  ☐ Final  5b. ☐ Amended Report | 6. Reporting Period  01/01/2011  to  12/31/2011 |

**7. Chambers or Office Address**

421 Gold Ave., S.W.
ALBUQUERQUE, N.M. 87102

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Co-Manager | JPFP Family, LLC |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| PARKER, JAMES A. | 05/08/2012 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PARKER, JAMES A. | 05/08/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Delta Petroleum | | None | J | W | Expired | 12/16/11 | J | | Filed for bankruptcy |
| 2. Denver Minerals & Royalty | E | Distribution | N | T | | | | | |
| 3. U.S. Treas Notes | A | Interest | M | T | | | | | |
| 4. CkngAcct.&CDs BkAm-Albuquerque, NM | A | Interest | L | T | | | | | |
| 5. Agency Acct- JPMorgan | A | Interest | J | T | | | | | |
| 6. Parcel #1, Harris Co., TX (Undivided 50%) | | None | N | S | | | | | |
| 7. Parcel #3, Harris Co., TX (Undivided 50%) | | None | O | S | | | | | |
| 8. Parcel #1,LiveOakCo., TX (Undivided 50%) | D | Rent | O | S | | | | | |
| 9. Parcel #1, Bernalillo Co. NM (Undivided 25%) | | None | K | S | | | | | |
| 10. Parcel #2, Bernalillo Co., NM (Undivided 50%) | | None | K | S | | | | | |
| 11. MINERAL ROYALTY PROPERTIES: | | | | | | | | | |
| 12. LOUISIANA | | | | | | | | | |
| 13. Common Leases, Ascension Parish | A | Royalty | J | W | | | | | |
| 14. VariousLeases, Placquemine Parish | E | Royalty | K | W | | | | | |
| 15. TEXAS | | | | | | | | | |
| 16. Dobie Ranch, Live Oak Co. | E | Royalty | N | W | | | | | |
| 17. COLORADO | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PARKER, JAMES A. | 05/08/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. O.R.R.I. & R.I., Weld & Adams Cos. | G | Royalty | P1 | U | | | | | |
| 19. MINERAL WORKING INTERESTS: | | | | | | | | | |
| 20. 4 Wells, Adams Co., CO. | G | Distribution | N | U | | | | | |
| 21. 1 Well, Arapahoe Co, CO. | | None | J | U | | | | | |
| 22. 5 Wells, Washington Co., CO | F | Distribution | L | U | | | | | |
| 23. 12 Wells, Weld Co, CO | F | Distribution | N | U | | | | | |
| 24. 1 Well, Elbert Co., CO | C | Distribution | J | U | | | | | |
| 25. Parcel #1, La Plata Co., CO. (land,cabins,water)(25% int.) | B | Rent | M | S | | | | | |
| 26. Noble Energy | A | Dividend | L | T | Sold (part) | 11/16/11 | L | C | |
| 27. EMC Corp | | None | J | T | | | | | |
| 28. Siemens AG | A | Dividend | J | T | | | | | |
| 29. Johnson & Johnson | A | Dividend | K | T | | | | | |
| 30. Celgene Corp | | None | J | T | | | | | |
| 31. Dendreon Corp | | None | | | Buy | 05/17/11 | J | | |
| 32. Verizon Global Note | B | Interest | K | T | | | | | |
| 33. Bank of America CDs & Accts. (JPFP Family,LLC) | D | Interest | N | T | | | | | |
| 34. Franklin U.S. Government Securities | D | Interest | N | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PARKER, JAMES A. | 05/08/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Templeton Income Global | C | Distribution | L | T | | | | | |
| 36. Franklin Large Cap Equity | C | Interest | O | T | | | | | |
| 37. Vanguard Emerging Markets | B | Interest | L | T | | | | | |
| 38. L'Occitane | | None | J | T | Buy | 05/18/11 | J | | |
| 39. MBH Enterprises,LLC | D | Distribution | N | U | | | | | |
| 40. AFG, LLC | A | Distribution | M | U | | | | | |
| 41. Westfield Res. Partners | | None | K | U | | | | | . |
| 42. Apple Inc | | None | K | T | | | | | |
| 43. TEVA Pharmaceutical Inds | A | Dividend | J | T | | | | | |
| 44. JP Morgan Chase | A | Dividend | J | T | | | | | |
| 45. CREE Inc | | None | | | Sold | 05/17/11 | J | A | |
| 46. Li & Fung Ltd | A | Dividend | J | T | | | | | |
| 47. Hyundai Motor Co | | None | J | T | | | | | |
| 48. Skyworks Solutions Inc | | None | J | T | Buy | 05/17/11 | J | | |
| 49. Pioneer Oak Ridge Small Cap | | None | L | T | Buy | 05/13/11 | L | | |
| 50. Franklin Small Cap | A | Dividend | L | T | Buy | 05/13/11 | L | | |
| 51. ACE Ltd | A | Dividend | J | T | Buy | 11/1/10 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PARKER, JAMES A. | 05/08/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Prospect Global Resources | | None | M | T | Buy | 12/22/11 | M | | Prospect Global Resources |
| 53. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PARKER, JAMES A. | 05/08/2012 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

During 2011 I made charitable gifts exceeding $1,000.00 in value to University of New Mexico Foundation, Rice University, United Way of Central New Mexico, St. John's Cathedral, Albuquerque Museum Foundation, University of Texas Law School Foundation, Colorado Uplift, Family in Christ Community Church, and Boulder County K-Life.

During 2011 I made gifts exceeding $1,000.00 in value of interests in JPFP LLC to my children, to David Jones, and to each of seven grandchildren.

The securities shown on lines 1,3,26-32,34-38,42-52 of Section VII were held during 2011 by Fiduciary Trust International either in an I.R.A. account and/or in a managed account.

The agency account at J.P. Morgan Private Bank (line 5, Section VII) is an account in which my sister and I each have an undivided 50% interest. The primary assets for which J.P. Morgan Private Bank is agent are Louisiana mineral royalty properties (lines 12-14, Section VII). The royalty income received by the Bank is invested in money-market funds which earn interest or dividends in the amount stated on line 5, Section VII. The royalty income from and the values of the mineral properties held in the agency account are stated at lines 13-14 of Section VII.

Value code S was used for the following properties:

Line 6   Parcel #1, Harris Co., TX  $556,348 (JPFP, LLC 50%=  $278,174)
Line 7   Parcel #3, Harris Co., TX           $3,049,852 (JPFP, LLC 50%= $1,524,926)
Line 8   Parcel #1, Live Oak Co., TX          $1,077,780 (JPFP, LLC 50%=  $538,890)
Line 9   Parcel #1, Bernalillo Co., NM $162,900 (JPFP, LLC 25%=   $40,725)
Line 10  Parcel #2 Bernalillo Co., NM  $65,700 (JPFP, LLC 50%=   $37,850)
Line 25  Parcel #1, La Plata Co., Co  $53,900 (JPFP, LLC 25%=   $13,475)

During 2011 JPFP Family, LLC received a refund for overpayment of state taxes from Colorado within income code B.

The descriptions on lines 11, 12, 15, 17 and 19 of Section VII are merely headers.

During 2011 I received a distribution within Value A from the Estate of William B. Stuessy.

On May 17, 2011 I purchased Dendreon (Line 31, Section VII) for value J and on September 22, 2011 I sold all Dendreon stock that I had purchased for value J at a loss.

MHB Enterprises reported on line 39 was comprised of two components: MHB Enterprises and Mile High Flea Market. The 2011 income and the 2011 year end value shown on line 39, Section VII is the combined 2011 income and year end value of both components.

On June 10, 2011 I received from the State of Colorado a $73.00 refund for overpayment of 2008 income taxes.

Delta Petroleum on line 1, Section VII filed for Chapter 11 bankruptcy protection on December 16, 2011. On July 14, 2011 I sold a fractional share of Delta Petroleum for $2.60.

I purchased Ace, Ltd. stock (Line 51, Section VII) on 11/1/10 for value J which was its year end value both at the end of 2010 and 2011 with income each year in category A. I inadvertently failed to include Ace, Ltd. on my 2010 Financial Disclosure Report.

| Name of Person Reporting | Date of Report |
|---|---|
| PARKER, JAMES A. | 05/08/2012 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **S/ JAMES A. PARKER**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544